United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-19-2341 |
| | § | | |
| BRENDA FUENTES | § | | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about July 30, 2018 to on or about August 8, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BRENDA FUENTES**

an employee at the East Hidalgo Detention Center, did knowingly engage in a sexual act, to wit, the contact between the mouth and genitals with federal inmate R.R.H, who was during this time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, in that the Defendant was a Cook Supervisor at the East Hidalgo Correctional Facility in which R.R.H. was a federal inmate.

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY