| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>11/13/2019/aa | Criminal Docket |

McALLEN Division  CR. No. **M-19-2341**

**SEALED INDICTMENT** Filed: November 19, 2019   Judge: **MICAELA ALVAREZ**

County: Hidalgo
Lions #: **2019R30134**

Attorneys:

UNITED STATES OF AMERICA

RYAN K. PATRICK, UNITED STATES ATTORNEY

v.

AMY L. GREENBAUM, ASST. U.S. ATTORNEY

BRENDA FUENTES --WARRANT--   Ct. 1

Charge(s):   Ct. 1:   Sexual Abuse of a Ward
Title 18, United States Code, Section 2243(b)

Total Counts **(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 15 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Office of Inspector General - Rose Medina - 2019-003409

Date   Proceedings