United States District Court
Southern District of Texas
**ENTERED**
March 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2341 |
| | § | |
| BRENDA ALICIA FUENTES | § | |

### ORDER

Came on to be considered Brenda Alicia Fuentes' "Motion for Leave to File 'Unopposed' Motion for Continuance of Pre-Trial & Jury Selection Dates Out-of Time" and "Defendant's 'Unopposed' Motion for Continuance of Pre-Trial & Jury Selection Dates Out of Time" [*Dkt. Nos. 22 & 23*]. Defendant seeks additional time in light of the current guidelines from the Center for Disease Control and public health authorities, as well as Hidalgo County's Declaration of Local Disaster to reduce or avoid the exposure of the COVID-19 virus. The Court, after considering same, finds that the failure to grant the motions would likely make a continuation of such proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore, ORDERED that the motions are hereby **GRANTED** and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for April 1, 2020, at 9:00 a.m. is hereby reset for *May 27, 2020, at 2:00 p.m.* and Jury Selection previously set for April 7, 2020, at 9:00 a.m. is hereby reset for *June 2, 2020, at 9:00 a.m.* in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of March, 2020.

_____
Micaela Alvarez
United States District Judge