UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. 7:19-CR-02341 |
| BRENDA FUENTES | § § | |

NOTICE OF INTENT TO ENTER A PLEA OF GUILTY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES BRENDA FUENTES, defendant in the above entitled and numbered cause, by and through her attorney RUDY MORENO, and hereby give notice of her intention to enter a plea of guilty pursuant to a written plea agreement.

Respectfully Submitted,

/S/RUDY MORENO
RUDY MORENO
State Bar No.  24102807
Federal I.D. No. 3102324

LAW OFFICES OF RUDY MORENO
5526 North 10th Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on this the 21ST day of May, 2020, a true and correct copy of the above and foregoing document was sent to the following via electronic filing to AUSA AMY GREENBAUM and to all counsel of record.

/S/RUDY MORENO
RUDY MORENO