United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2341-1 |
| | § | |
| BRENDA ALICIA FUENTES | § | |

## ORDER

The Court now considers Defendant's May 27, 2020 final pretrial conference. In light of the current guidelines from the Center for Disease Control and public health authorities, as well as Hidalgo County's Declaration of Local Disaster to reduce or avoid the exposure of the COVID-19 virus, the Court resets the final pretrial conference to **May 26, 2020 at 2:00 p.m.** Defense Counsel and Defendant have the option to appear by video conference or in person. The Court notes, if the final pretrial conference is held by videoconference, counsel and defendant are ordered to appear together in counsel's office and must have covered the waiver of personal appearances[1] under the CARES act[2] prior to the hearing.

Additionally, details regarding the methods of participation in the videoconference will come prior to the day of the scheduled hearing. All attorneys appearing on behalf of parties in this case should be sure to update their information with the Clerk of the Court.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of May, 2020.

Micaela Alvarez
United States District Judge

---

[1] *See COVID-19 General Orders And Forms,* https://www.txs.uscourts.gov/page/covid-19-general-orders-and-forms.
[2] *See CARES Act Authorization for Video and Audio Conferencing in Criminal Proceedings,* Gen. Order No. 2020-3 (Mar. 30, 2020), https://www.txs.uscourts.gov/sites/txs/files/general-orders/General%20Order%202020-03%20CARES%20Act.pdf; *see also Order on Written Waivers of Personal Appearances Under the CARES Act,* Gen. Order No. 2020-4 (Mar. 30, 2020), https://www.txs.uscourts.gov/sites/txs/files/general-orders/General%20Order%202020-04%20Written%20Waivers%20of%20Personal%20Appearances%20Under%20the%20CARES%20Act%20v2.pdf.