IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| VS. | §   DOCKET NO. 7:19-CR-02341 |
| BRENDA ALICIA FUENTES | § § |

## *PRO SE* NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, BRENDA ALICIA FUENTES**, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure gives notice of her desire to appeal, from the judgment and sentence in the above noted cause number, to the Fifth Circuit Court of Appeals.

**WHEREFORE, PREMISES CONSIDERED**, the defendant respectfully requests that this case be placed on the appellate docket of the Fifth Circuit Court of Appeals.

Respectfully submitted,

_____
BRENDA ALICIA FUENTES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the U.S. Attorney's Office (via e-filing) at 1701 W. Hwy. 83 (6th floor) McAllen, Texas 78501 on 9/21/2020.

_____
BRENDA ALICIA FUENTES