## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:19-CR-02341 |
| | § | |
| BRENDA ALICIA FUENTES | § | |

### *PRO SE* MOTION TO PROCEED *IN FORMA PAUPERIS* FOR APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, BRENDA ALICIA FUENTES**, and requests this Court to allow her to proceed in this appeal without paying costs of Court or giving security therefore, for the reason that she is financially unable to pay for such or give such security, as shown by the Affidavit attached.

**WHEREFORE, PREMISES CONSIDERED**, the defendant respectfully requests that she be allowed to proceed with her appeal without costs.

Respectfully submitted,

_____
**BRENDA ALICIA FUENTES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the U.S. Attorney's Office at 1701 W. Hwy. 83 (6th floor) McAllen, Texas 78501 on ___9/21/2020___.

_____
BRENDA ALICIA FUENTES