IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:19-CR-02341 |
| | § | |
| BRENDA ALICIA FUENTES | § | |

## AFFIDAVIT OF INDIGENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BRENDA ALICIA FUENTES, and makes the following statements under the penalty of perjury.

1. My name is **BRENDA ALICIA FUENTES**, and am the defendant/appellant in this cause;

2. I own no marketable property or assets which I can use to raise the necessary fees;

3. I will be denied access to the courts should this request for waiver of costs of Court be denied.

4. I request that the Court appoint an attorney to represent me in my appeal; and

5. I verify that the statements in this affidavit are true and correct.

I make this statement, done in Hidalgo County, Texas, as being true and correct under the laws of the State of Texas

_____
BRENDA ALICIA FUENTES

9-21-20
DATE