United States Courts
Southern District of Texas
FILED
*September 22, 2020*
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-02341 |
| § | |
| BRENDA ALICIA FUENTES § | |

### ORDER

Pending before the Court is Defendant's "Motion to Withdraw as Counsel" [*Dkt. No. 38*] and "*Pro se* Motion to Proceed *In Forma* Pauperis for Appeal" [*Dkt. No. 40*]. In the motion to withdraw, counsel acknowledges that he was "appointed to represent Defendant" yet he indicates that Defendant "at no time request, pay or hire attorney Moreno to file an appeal on her behalf." Section 3006A(c) of the Criminal Justice Act provides that appointment at the trial court level shall run through appeal.[1] Accordingly, the motion to withdraw is **DENIED**. If Mr. Moreno is not qualified to practice appellate work, he may so inform the Court *no later than September 28, 2020*; otherwise, Rudy Santiago Moreno remains the attorney of record in this case.

As to the motion to proceed *in forma pauperis*, Defendant Brenda Alicia Fuentes is GRANTED leave to appeal in Forma Pauperis.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of September, 2020.

Micaela Alvarez
United States District Judge

---

[1] See §220.20, Guide to Judicial Policy, Vol 7, Part A, Chapter 2.