## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **VS.** | §   CR. NO. 7:19-CR-02341 |
| | § |
| **BRENDA ALICIA FUENTES** | § |

### AMENDED MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, RUDY MORENO** and moves to withdraw as counsel for Defendant **BRENDA ALICIA FUENTES,** in this cause and moves this Court to enter an Order permitting him to withdraw as counsel, and in support thereof would show as follows:

### I.

Undersigned counsel was previously appointed to represent Defendant, **BRENDA ALICIA FUENTES,** and on September 10, 2020, Defendant was Sentenced by this Honorable Court.

### II.

Defendant**, BRENDA ALICIA FUENTES**, has filed her notice to appeal and intends to appeal a condition of her supervised release.

### III.

Pursuant to Section 3006A(c) of the Criminal Justice Act, the undersigned counsel's appointment shall run through the appeal process. However, undersigned counsel is not qualified to practice appellate work for the following reasons: (1) undersigned counsel is not admitted to practice before the 5th Circuit Court of Appeals; and (2) undersigned counsel has not handled any appeals and/or practice before any Court of Appeals in the United States or the State

of Texas since become a licensed attorney in 2010. For these reasons, attorney **MORENO** respectfully request that he be withdrawn as counsel.

### III.

The granting of this motion will not have a material adverse effect on the interests of the defendant and will not result in any unreasonable delay in the proceedings.

**WHEREFORE, PREMISES CONSIDERED**, Attorney **MORENO** prays that this honorable court enter an order to withdraw attorney **MORENO** as Defendant **BRENDA ALICIA FUENTES** named counsel.

Respectfully submitted,

**RUDY MORENO**
**THE LAW OFFICE OF RUDY MORENO**
**5526 North 10th Street**
**McAllen, Texas 78504**
**(956) 682-9477 Telephone**
**(956) 682-0223 Facsimile**

**/S/RUDY MORENO**
**RUDY MORENO**
**State Bar of Texas No. 24102807**
**Federal I.D. No. 3102324**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of September, 2020 I electronically filed a Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to **AUSA AMY LYNN GREENBAUM**, and to all counsel of record.

**/S/RUDY MORENO**
**RUDY MORENO**