

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued
as the mandate on Sep 09, 2021**

**Attest:**    *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2021

Lyle W. Cayce
Clerk

No. 20-40621
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

BRENDA ALICIA FUENTES,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:19-CR-2341-1

Before HIGGINBOTHAM, DUNCAN, and ENGELHARDT, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.